# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREG KIHN, ET AL.,** | CASE NO. 17-cv-05343-YGR |
| Plaintiffs, | |
| vs. | **ORDER RE: JOINT DISCOVERY LETTER BRIEF** |
| **BILL GRAHAM ARCHIVES, LLC, ET AL.,** | Re: Dkt. No. 76 |
| Defendants. | |

On August 29, 2018, the Court held a telephonic conference with the parties in the above-captioned case regarding their joint discovery letter brief. (Dkt. No. 76.) For the reasons stated at the conference, the Court **ORDERS** as follows:

- Plaintiffs' requests pertaining to the issues of (A) "Defendants' Unilateral Cut-off of September 14, 2014" and (B) "Defendants['] Refus[al] to Identify Potential Class Members" are **DENIED WITHOUT PREJUDICE**. The Court **SETS** a telephonic conference for **Friday, September 14, 2018** at **10:00 a.m.** in the event these issues remain unresolved. In that context, the parties must file their joint discovery letter brief by close of business on **September 12, 2018**.

- Plaintiffs' request pertaining to the issue of (C) "Defendants['] Refus[al] to Identify Prior Lawsuits and Parties Involving Similar Copyright Infringement Claims" is **DENIED**.

- Plaintiffs' request pertaining to the issue of (D) "Defendants['] Refus[al] to Affirm or Deny That They Obtained Synchronization Licenses for the Musical Works at Issue" is **DENIED WITHOUT PREJUDICE**. If the parties' meet-and-confer efforts with respect to this issue are futile, plaintiffs may file a motion regarding the meaning of the term "synchronization licenses," which the Court will decide as a

matter of law.

In addition, plaintiffs' administrative motion to file under seal in part their discovery letter brief (Dkt. No. 75) is **GRANTED**.

This Order terminates Docket Numbers 75 and 76.

**IT IS SO ORDERED.**

Dated: August 30, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**