UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG KIHN, an individual; and RYE BOY MUSIC, a California Limited Liability Company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BILL GRAHAM ARCHIVES, LLC, dba WOLFGANG'S VAULT, a Delaware Limited Liability Company; NORTON, LLC, a Nevada Limited Liability Company; and WILLIAM SAGAN, an individual,<br><br>        Defendants. | Case No. 4:17-cv-05343-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    February 26, 2019<br>Time:    2:00pm<br>Dept.:   Courtroom 1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers |

Having considered Plaintiffs Greg Kihn and Rye Boy Music ("Plaintiffs") Motion for Class Certification, Defendants Bill Graham Archives, LLC, Wolfgang's Vault, Norton, LLC and William Sagan's ("Defendants") opposition thereto, the papers and evidence submitted by the parties, and the arguments of counsel, and finding good cause appearing therefore, the Court rules as follows:

IT IS HEREBY ORDERED THAT the Plaintiffs' Motion for Class Certification is DENIED.

Dated: _____

                                                          _____
                                                          HON. YVONNE GONZALEZ ROGERS
                                                          United States District Judge