# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GREG KIHN, an individual; and RYE BOY MUSIC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BILL GRAHAM ARCHIVES, LLC, dba WOLFGANG'S VAULT, a Delaware Limited Liability Company; NORTON, LLC, a Nevada Limited Liability Company; and WILLIAM SAGAN, an individual,<br><br>Defendants. | Case No. 4:17-cv-05343-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF TO FILE SUPPLEMENTAL EVIDENCE FOR THE CLASS CERTIFICATION RECORD**<br><br>Dept.:   Courtroom 1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers |

Having considered Plaintiffs Greg Kihn and Rye Boy Music's ("Plaintiffs") Administrative Motion for Relief to File Supplemental Evidence for the Class Certification Record (Dkt. 126), Defendants Bill Graham Archives, LLC, Wolfgang's Vault, Norton, LLC and William Sagan's ("Defendants") opposition thereto, the papers and evidence submitted by the parties, and finding no good cause appearing therefore, the Court rules as follows:

IT IS HEREBY ORDERED THAT the Plaintiffs' Administrative Motion for Relief to File Supplemental Evidence for the Class Certification Record is DENIED.

Dated: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge