# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREG KIHN, ET AL.,** | CASE NO. 17-cv-05343-YGR |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION TO CLARIFY OR AMEND CLASS CERTIFICATION ORDER** |
| vs. | |
| **BILL GRAHAM ARCHIVES, LLC, ET AL.,** | Dkt. No. 176 |
| Defendants. | |

The motion of defendants Bill Graham Archives, LLC dba Wolfgang's Vault, Norton, LLC, and William E. Sagan to Clarify and/or Amend the Class Certification Order (Dkt. No. 176) came on for hearing via videoconference on July 21, 2020. For the reasons stated on the record, the Court **DENIES** the motion. *See* Fed. R. Civ. P 60(a); *Tattersalls, Ltd. v. DeHaven*, 745 F.3d 1294, 1298 (9th Cir. 2014) (motion under Rule 60(a) requires a showing of a "clerical error, oversight, or omission;" the "touchstone of Rule 60(a). . . is 'fidelity to the intent' behind the original" order); *see also* Civ. Local R. 7-9 (motions for reconsideration require leave of court and showing of a material difference in facts or law that could not be presented with exercise of reasonable diligence or "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented").

This terminates Dkt. No. 176.

**IT IS SO ORDERED.**

Dated: July 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**