| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 10 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

GREG KIHN, an individual; RYE BOY MUSIC, LLC, a California Limited Liability Company,

        Plaintiffs-Appellees,

  v.

BILL GRAHAM ARCHIVES LLC, DBA Wolfgang's Vault, a Delaware Limited Liability Company; NORTON LLC, a Nevada Limited Liability Company; WILLIAM E. SAGAN, an individual,

        Defendants-Appellants.

No.   20-17397

D.C. No. 4:17-cv-05343-YGR
Northern District of California, Oakland

ORDER

     Appellant's unopposed motion (Docket Entry No. 14) to file under seal the opening brief and Volumes 3 through 11 of the excerpts of record, and to file publicly a redacted opening brief, is granted.  The Clerk will publicly file the motion (Docket Entry Nos. 14-1, 14-12), the redacted opening brief (Docket Entry No. 12), and Volumes 1 and 2 of the excerpts of record (Docket Entry No. 13).  The Clerk will file under seal the original opening brief (Docket Entry No. 14-2) and Volumes 3 through 11 of the excerpts of record (Docket Entry Nos. 14-3 through 14-11).

ml/Sealed Documents

2

The existing briefing schedule remains in effect.

FOR THE COURT:
Lisa B. Fitzgerald
Interim Appellate Commissioner
Ninth Circuit Rule 27-7