

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

1/26/2022

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
MATTHEW A. PEARSON (Bar No. 291484)
  mapearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

NEVILLE L. JOHNSON (Bar No. 66329)
  njohnson@jjllplaw.com
DOUGLAS L. JOHNSON (Bar No. 209216)
  djohnson@jjllplaw.com
DANIEL B. LIFSCHITZ (Bar No. 285068)
  dlifschitz@jjllplaw.com
**JOHNSON & JOHNSON LLP**
439 N. Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile:  (310) 975-1095

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GREG KIHN, an individual; and RYE BOY MUSIC, LLC, a California Limited Liability Company, | CASE NO. 4:17-cv-05343-YGR |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| BILL GRAHAM ARCHIVES, LLC, dba WOLFGANG'S VAULT, a Delaware Limited Liability Company; NORTON, LLC, a Nevada Limited Liability Company; and WILLIAM SAGAN, an individual, | |
| Defendants. | |

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiffs Greg Kihn and Rye

2  Boy Music LLC and Defendants Bill Graham Archives, LLC, Norton, LLC and William Sagan

3  hereby stipulate to the dismissal of the above-referenced action with prejudice. The parties shall

4  each bear their own attorneys' fees and costs.

5

6  DATED: January 24, 2022          **PEARSON, SIMON & WARSHAW, LLP**
                                    DANIEL L. WARSHAW
7                                   MELISSA S, WEINER
                                    MATTHEW A. PEARSON
8

9                                   By:  _____*/s/ Daniel L. Warshaw*_____
10                                           DANIEL L. WARSHAW
                                    Attorneys for Plaintiffs
11

12 DATED: January 24, 2022          **WINSTON & STRAWN LLP**
                                    MICHAEL S. ELKIN
13                                  ERIN R. RANAHAN

14

15                                  By:  _____*/s/ Michael S. Elkin*_____
                                            MICHAEL S. ELKIN
16                                  Attorneys for Defendants

17                         **FILER'S ATTESTATION**

18      Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this

19 document has been obtained from the above signatories.

20

21 DATED:  January 24, 2022         By:  _____*/s/ Daniel L. Warshaw*_____
22                                           DANIEL L. WARSHAW

23

24

25

26

27

28

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403